RECEIVED

SEP 3 0 2011

TONY R. MOORE, CLERK
BY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| WILLIAM TROY MANNING<br>LA. DOC #508888 | CIVIL ACTION NO. 3:11-cv-0543 |
| VS. | SECTION P |
| | JUDGE ~~ROBERT G. JAMES~~ WALTER |
| WARDEN, CLAIBORNE PARISH<br>DETENTION CENTER | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein,  determining that the findings are correct under the applicable law,  and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED,** in chambers, in Monroe,  Louisiana, on this 30 day of Sept , 2011.

UNITED STATES DISTRICT  JUDGE